ORIGINAL

# In the United States Court of Federal Claims

No. 18-830C
(Filed June 29, 2018)
NOT FOR PUBLICATION

FILED

JUN 2 9 2018

U.S. COURT OF
FEDERAL CLAIMS

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                             *
EDWARD THOMAS KENNEDY,                        *
                                             *
            Plaintiff,                        *
                                             *
      v.                                      *
                                             *
THE UNITED STATES,                            *
                                             *
            Defendant.                        *
                                             *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

On June 11, 2018, the Clerk's office received two sets of documents from plaintiff, which were filed as complaints in two separate cases, number 18-826C and 18-830C. The complaints are identical except for small differences in the local governments each complaint identifies in its second paragraph, slight differences in paragraph grouping, and an "action of trover" included in the companion case but not this one. For the reasons stated in the Memorandum Opinion and Order filed this day in *Kennedy v. United States*, No. 18-826C, the Court has determined that this case fails to contain any claims within our subject-matter jurisdiction. Our court does not have jurisdiction over claims regarding the actions of state or local governments and officials, claims sounding in tort, crimes, or violations of federal laws that are not money-mandating. 28 U.S.C. § 1491. The complaint is therefore **DISMISSED** pursuant to Rule 12(h)(3) of the Rules of the United States Court of Federal Claims. Plaintiff's motion to proceed *in forma pauperis* is hereby **GRANTED**. The Clerk shall close the case.

**IT IS SO ORDERED.**

VICTOR J. WOLSKI
Judge

*7012 3460 0001 7791 7876*